# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00565-CV

---

### In re K.B.

---

**FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM22-005771,**
**THE HONORABLE AURORA MARTINEZ JONES, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed: September 20, 2022